IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

AIRADIGM COMMUNICATIONS, INC.

---

FEDERAL COMMUNICATIONS
COMMISSION,

    Appellant,

v.

TELEPHONE AND DATA SYSTEMS, INC.,

    Appellee.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-616-bbc
07-cv-617-bbc

---

This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered AFFIRMING the final order of the bankruptcy court allowing claim 16 in the amount of $41,000,000.

_____
Joel W. Turner, Acting Clerk of Court

AUG 1 4 2008
Date