IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

In Re:

AIRADIGM COMMUNICATIONS, INC.

---

FEDERAL COMMUNICATIONS COMMISSION,

    Appellant/Appellee,

v.

TELEPHONE AND DATA SYSTEMS, INC.

    Appellee/Appellant.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 07-cv-616-bbc
07-cv-617-bbc
07-cv-660-bbc
08-cv-152-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that:

(1) the final order of the bankruptcy court on appeal in case no. 07-cv-660-bbc, allowing claim 14 in the amount of $80,416,499.20, is AFFIRMED;

(2) the final order of the bankruptcy court on appeal in cases no. 07-cv-616-bbc and 07-cv-617-bbc, allowing claim 16 in the amount of $41,000,000, is AFFIRMED; and

(3) the final order of the bankruptcy court on appeal in case no. 08-cv-152-bbc, disallowing claim 15, is AFFIRMED.

_____
Peter Oppeneer, Clerk of Court

9-24-10
_____
Date